UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Nugent,

                            Plaintiffs,

          -against-

Wal-Mart Stores East LP,

                           Defendant.

------------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-08752-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **August 8, 2024 at 11:30 AM.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739 and then # to enter the conference.

    SO ORDERED.

DATED:    White Plains, New York
                 June 28, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge