```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
James Nugent

                            Plaintiff,                        23-cv-8752

            -against-                          **ORDER**

Wal-Mart Stores East, LP.,

                            Defendant.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On October 1, 2024, the Court directed the parties to submit a letter to the Court by no later than November 1, 2024. (ECF No. 30). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **November 8, 2024**.

      SO ORDERED.

DATED:    White Plains, New York
                November 6, 2024

                                              _____
                                              VICTORIA REZNIK
                                              United States Magistrate Judge

1