USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Nugent,**

                          Plaintiffs,

         -against-

**Wal-Mart Stores East, LP.,**

                          Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:23 cv 8752 KMK-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **January 15, 2025 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference

        SO ORDERED.

DATED:     White Plains, New York
                January 3, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge