USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
James Nugent

        Plaintiff,        23-cv-8752

   -against-          **ORDER**

Wal-Mart Stores East, LP.,

        Defendant.
------------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

  On March 3, 2025, the Court directed the parties to submit a letter to the Court by no later than March 31, 2025. (ECF No. 39). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **April 4, 2025**.

  **SO ORDERED.**

DATED:  White Plains, New York
      April 1, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge

1