UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

James Nugent,

                        Plaintiff,

      -against-

Wal-Mart Stores East, LP,

                        Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:23-cv-08752-VR**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2025

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **11/05/2025 at 10:30 am**. The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss whether a briefing schedule for a summary judgment motion is appropriate, the parties interest in settlement, and any other issues.

    **SO ORDERED.**

DATED:    White Plains, New York
               September 8, 2025

                                                               _____
                                                              VICTORIA REZNIK
                                                              United States Magistrate Judge