```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
James Nugent

                            Plaintiff,

            -against-

Wal-Mart Stores East, LP.,

                            Defendant.
------------------------------------------------------------------X

23-cv-8752

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      On September 8, 2025, the Court directed the parties to submit a joint status letter on discovery to the Court by no later than October 20, 2025. (ECF No. 50). The Court has not yet received any such letter. The parties are reminded to submit a joint status letter, which is now due by **October 27, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
                October 22, 2025

                                            _____
                                            VICTORIA REZNIK
                                            United States Magistrate Judge